IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Gonzales,<br><br>    Plaintiff,<br><br>vs.<br><br>The Devereux Foundation; Stephen Vitali; Kristen Schmidt,<br><br>    Defendants. | No. CV 04-1940 PHX-DGC<br><br>**INITIAL ORDER** |

A complaint having been filed in this civil action, it is hereby ordered:

1. As required by Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff(s) shall effect service of the Complaint and Summons on all Defendants within 120 days after the filing of the Complaint. This Initial Order shall serve as notice to the Plaintiff(s) under Rule 4(m) that the Court may dismiss this action without further notice with respect to any Defendant(s) named in the Complaint that are not served within this time period.

2. Plaintiff(s) shall notify the Court in writing when service has been accomplished on the Defendant(s) in accordance with Rule 4 and shall request that the Court set a Case Management Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure. Plaintiff(s) shall provide such notification to the Court within ten days after service of the Complaint on all Defendant(s).

3. Upon receipt of such notice, the Court will issue an Order Setting Rule 16 Case Management Conference that directs the parties to comply with Rule 26(f) of the Federal Rules of Civil Procedure and describes the Case Management Report that must be filed by

1  the parties before the Case Management Conference (the Court requires a report that is
2  broader than that proposed in Form 35 of the Appendix of Forms to the Federal Rules of
3  Civil Procedure).  A copy of the Court's Order Setting Rule 16 Case Management
4  Conference can be found on the Court's website at www.azd.courts.gov under Judicial
5  Officer Information and Judge Campbell.
6       4.    As stated in Rule 26(d), the parties shall not seek discovery from any source
7  until they have conferred as required by Rule 26(f).
8       5.    Plaintiff(s) shall ensure that all Defendant(s) promptly receive a copy of this
9  Order.
10  DATED this 22nd day of September, 2004.

*[Signature: David G. Campbell]*
David G. Campbell
United States District Judge

14  Copies to all counsel of
    record or pro se parties

- 2 -